Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| NC Capital, LLC | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 21-4101 |
| | ) |
| Metabolomic Technologies, Inc., | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that NC Capital, LLC's action against Defendant Metabolomic Technologies, Inc. is DISMISSED under the *forum non conveniens* doctrine.

**Dated:** 3/30/22

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court